USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/03/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT NORTHERN INSURANCE COMPANY, *as subrogee of* NORTON ROSE FULBRIGTH US LLP,

        Plaintiff,

-against-

ENERGY CONTROL SERVICE INC.,

        Defendant.

25-CV-7503 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed its complaint on September 10, 2025. (Dkt. 1.) Plaintiff served the summons and complaint on defendant on October 20, 2025 (Dkt. 8), making defendant's answer due on October 23, 2025. Although that date has come and gone, defendant has not appeared or filed an answer to the complaint.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **November 13, 2025**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default.

Dated: New York, New York
       November 3, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**