UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, *as subrogee of* NORTON ROSE FULBRIGTH US LLP,<br><br>         Plaintiff,<br><br>    -against-<br><br>ENERGY CONTROL SERVICE INC.,<br><br>        Defendant. | |

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/27/26__**

25-CV-7503 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On March 16, 2026, third-party plaintiff Energy Control Service, Inc. (Energy Control) filed a third-party complaint against 1301 Properties Owner LP and Paramount Group. (Dkt. 29.) Energy Control served third-party defendants 1301 Property Owner and Paramount Group on March 20, 2026 (Dkts. 32-33), making their answers due April 10, 2026. Although that date has come and gone, neither third-party defendant has appeared or filed an answer to the third-party complaint.

It is hereby ORDERED that, if either third-party defendant has not answered or otherwise responded to the complaint before **May 11, 2026**, Energy Control must, on that date, either file a stipulation granting additional time for the relevant third-party defendant to respond, or apply for entry of default against that third-party defendant.

Dated: New York, New York
      April 27, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**