UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT NORTHERN INSURANCE COMPANY, *as subrogee of* NORTON ROSE FULBRIGTH US LLP,

          Plaintiff,

     -against-

ENERGY CONTROL SERVICE INC.,

          Defendant.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __6/24/26__

25-CV-7503 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's status conference, the fact discovery schedule (*see* Dkt. 28) is EXTENDED as follows:

1. <u>Party depositions</u>. All party depositions must be completed no later than **August 14, 2026**.

2. <u>Non-party Depositions and Close of Fact Discovery</u>. All remaining fact discovery, including depositions of non-parties, must be completed no later than **August 28, 2026**.

The Court adopts the following expert discovery schedule:

3. <u>Expert Disclosures</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), must be made no later than **September 25, 2026**.

4. <u>Rebuttal Experts</u>. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party must be made no later than **October 23, 2026**.

5. <u>Expert Depositions</u>. Expert depositions must be completed no later than **November 20, 2026**.

The Court will hold a status conference in this matter on **September 22, 2026** at **10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. If no controversies exist at that time, the parties may request that the conference be held telephonically. No later than **September 15, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date, and updating the Court on their settlement efforts.

Dated: New York, New York
       June 24, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**