USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT NORTHERN INSURANCE COMPANY, *as subrogee of* NORTON ROSE FULBRIGTH US LLP,

Plaintiff,

-against-

ENERGY CONTROL SERVICE INC.,

Defendant.

25-CV-7503 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at today's status conference, defendant's oral application for a third extension of the fact discovery deadline is DENIED. The discovery schedule will remain unchanged. *See* Dkts. 47, 44, 28.

The Court will hold a status conference in this matter on **January 14, 2027** at **10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. If no controversies exist at that time, the parties may request that the conference be held telephonically. No later than **January 8, 2027**, the parties must submit a joint status letter outlining the progress of discovery to date, and updating the Court on their settlement efforts.

Dated: New York, New York
October 22, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**