COZEN O'CONNOR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/27/26

**Kristy Z. Miller**
**Direct Phone 212-453-3722**
**Direct Fax 646-461-2064**
**kmiller@cozen.com**

October 26, 2026

Application GRANTED IN PART. The fact discovery deadline (*see* Dkt. 47) is EXTENDED to **November 24, 2026** for the sole purpose of taking the depositions of Joseph Bronzo and George Garanov. The expert discovery schedule, *see id.*, remains unchanged.

SO ORDERED.

October 27, 2026

**Barbara Moses, U.S.M.J.**

**VIA ECF**
Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

RE: Great Northern a/s/o Norton Rose v. Energy Control
Docket No.: 25-CV-07503-VSB-BCM
Our File No.: 00609203

Dear Judge Moses:

This office represents Plaintiff Great Northern Insurance Company ("Great Northern") in the above-reference matter.

As you are aware, the parties appeared before the Court on October 22, 2026 to provide a status update regarding discovery. As we reported to the Court at that appearance, there were two significant party depositions that remained outstanding – Mike Bronzo, Vice President of Energy Control Services and Diamadis Sideris, who was the senior technician who supervised the installation of the BMS system for Energy Control Services. We had advised the Court that there had been difficulty in scheduling these depositions as we were not hearing back from defense counsel, but we were hopeful they would be completed as scheduled. We did in fact complete the deposition of Mr. Sideris this past Friday, October 23rd, and completed the deposition of Mr. Michael Bronzo today, October 26th.

During the course of these depositions, it became apparent that there are two additional witnesses still needed from the Defendant. Specifically, we are seeking the deposition of Mr. Joseph Bronzo and Mr. George Garanov. Mr. Garanov was the actual installer who did the physical work at the property and was supervised by Mr. Sideris. His testimony is necessary as Mr. Sideris could not recall any specifics regarding the installation of the BMS system, including when it began, what it included, what equipment was used, or the scope and sequence of operations. We are advised by defense counsel and the witnesses that Mr. Garanov is still an employee of ECS and is available to testify.

MEMO ENDORSED

The deposition of Joseph Branzo is also crucial as none of the defense witnesses to date have been able to answer any questions about the service work ECS performed at the property, including who the author is of the relevant service tickets that were produced, showing that ECS was at the property doing a service visit five days prior to the loss. ECS's contract provided that they were to perform monthly service visits to the property but none of the witnesses produced to date have any knowledge regarding any of these visits. The ECS witnesses to date testified that Mr. Joseph Branzo is responsible for the service portion of ECS's business, including negotiating the contract that ECS entered into, and is the most knowledgeable person regarding service issues. Mr. Branzo is also still employed by ECS and available to testify.

For the reasons stated above, Plaintiff is respectfully seeking an enlargement of the parties time to complete fact discovery, which is scheduled to expire tomorrow, October 27th. It should be noted that Plaintiff attempted diligently to schedule the deposition of the two witnesses that just occurred and offered multiple earlier dates to do so, but these were the only dates made available to us. Given the information provided by these witnesses, Plaintiff is respectfully requesting a 30 day extension of time to complete the deposition of these two additional relevant fact witnesses. Plaintiff advised defense counsel today we would be seeking these witnesses and was advised they are available, and that defense counsel has no objections to producing them for a deposition.

We thank the Court for its time and consideration of this matter.

Respectfully,

COZEN O'CONNOR

Kristy I Miller

BY: Kristy Miller

KM:yt

Cc: To All Parties Via ECF